IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00502-WJM-KLM

DALE CARTER, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UQM TECHNOLOGIES, INC.,
DONALD W. VANLANDINGHAM,
JOE MITCHELL,
STEPHEN J. ROY,
JOSEPH P. SELLINGER, and
JOHN E. SZTYKIEL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Continue Existing Deadlines** [#21] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. The deadline for Defendants to respond to the Complaint [#1] is extended to **July 25, 2019**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 22, 2019, at 10:30 a.m. is **VACATED** and **RESET** to **September 5, 2019**,[1] at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **August 29, 2019**. The deadline to file the Magistrate Judge Consent/Non-Consent Form is extended to **August 29, 2019**. The deadline for the parties to have a Rule 26(f) Conference is extended to **August 14, 2019**.

    Dated:  May 14, 2019

---

[1] The Court has no availability on its calendar on the date suggested by the parties.